**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD SHELL, | § | |
| | § | Case No. 0:15-cv-11040 |
| Plaintiff, | § | |
| | § | Judge Sharon Johnson Coleman |
| v. | § | |
| | § | Magistrate Maria Valdez |
| BURLINGTON NORTHERN SANTA FE | § | |
| RAILWAY COMPANY, | § | |
| | § | |
| Defendant. | § | |

**DECLARATION OF DR. MICHAEL R. JARRARD**

1.       My name is Dr. Michael R. Jarrard. I am over the age of 21, of sound mind, and otherwise competent to give this declaration. All of the facts set forth in this declaration are true and correct and are based on my own personal knowledge.

2.       I am currently employed by BNSF Railway Company ("BNSF") as the Assistant Vice President of Medical and Environmental Health. I function as the chief medical officer and the head of BNSF's Medical and Environmental Health Department ("MEH Department"). I have been so employed since December 2012. I have been employed by BNSF and served in the role of medical officer since 1998. The responsibilities of the MEH Department include fitness-for-duty decision-making regarding incumbent employees and medical-qualification evaluations and decisions for new hires, as well as involvement in any number of other occupational health issues.

3.       I made the medical-qualification decision for BNSF as to Ronald Shell ("Shell") in connection with his efforts to become employed by BNSF at BNSF's Corwith Yard in 2010 as BNSF was preparing to take over operation of that yard from a BNSF contractor.

**EXHIBIT F**

**DECLARATION OF DR. MICHAEL R. JARRARD – Page 1**

4.     Comprehensive Health Services ("CHS"), a different BNSF contractor, coordinates BNSF's post-offer, pre-employment medical-evaluation process, including by facilitating certain post-offer medical examinations and other assessments. As part of that process applicants who have received a conditional offer of employment, including Shell, are asked by CHS to complete a BNSF Medical Questionnaire. Attached as Exhibit 1 is a true and correct copy of the BNSF Medical Questionnaire that Shell submitted.

5.     As I explained in my deposition, CHS will transmit information to BNSF's MEH Department for a determination on the medical qualification of some post-offer candidates. CHS transmitted such information on Shell to BNSF's MEH Department, and I reviewed that information. At that time, when such information was sent by CHS, my staff would add to the CHS information documentation about the job at issue and the candidate's work history. I would then review the combined set of documents to make a medical-qualification decision on the candidate. As I mentioned in my deposition I also have access to the candidate's completed BNSF Medical Questionnaire.

6.     The documents attached as Exhibit 2 are the combined set of the CHS documents and the job and work history documents for Shell that I reviewed to make the decision concerning Shell. The documents that CHS transmitted are the pages marked Shell/BNSF 000057 to Shell/BNSF 000061. The other pages in Exhibit 2 are the documents my staff added to the CHS documents for my review. As I mentioned in my deposition I would also have had access to Shell's completed BNSF Medical Questionnaire but I do not recall whether I reviewed it.

**DECLARATION OF DR. MICHAEL R. JARRARD – Page 2**

7.     Attached as Exhibit 3 is a printout of an email containing my decision on Shell's medical qualification that I sent to CHS after reviewing the materials in Exhibit 2. The process is for CHS to then transmit the substance of my decision to the candidate, and I understand that CHS did that in Shell's case.

8.     As part of its post-offer, pre-employment medical-evaluation process, BNSF reviews the Body Mass Index ("BMI") of applicants for safety-sensitive positions including the Intermodal Equipment Operator position. BNSF declines on a temporary basis (temporary because BMI may change) to hire new applicants for safety-sensitive positions who have a BMI of 40 or more (a BMI commonly labeled as Class III obesity). BNSF takes that approach because there are significant safety risks associated with individuals who have a BMI of 40 or greater working in a safety-sensitive job in the specialized railroad work environment.

9.     In particular, those with a BMI of 40 or greater are at a substantially higher risk of developing a number of medical conditions, including heart disease, diabetes, and sleep apnea, that frequently manifest as sudden incapacitation or serious impairment of alertness or cognitive ability. The risk of such conditions manifesting during the performance of railroad safety-sensitive job duties poses significant safety issues including risks of substantial harm to the individual, coworkers, and the general public. That is so because of the unforgiving nature of the railroad working environment and the presence of heavy, moving equipment and other individuals in the immediate vicinity. Although any incapacitation presents a safety risk, sudden incapacitation presents significant risks of harm that could be catastrophic. For example, loss of consciousness or other incapacitation

**DECLARATION OF DR. MICHAEL R. JARRARD – Page 3**

of an Intermodal Equipment Operator while that employee is either operating the equipment involved in the job or working around that equipment or other equipment in the yard could lead to serious injury or death of that employee, others working around that employee, or both, and may also present significant safety risks for members of the general public located in the area near the yard.

10. None of what I have just stated is to suggest that Class III obesity necessarily causes the medical conditions I have described or that all persons with Class III obesity already have those conditions. In fact, the safety risks are particularly problematic because a person may not have one of those conditions at a given time but may develop one or more of them at any time without the individual's prior knowledge. The first presentation of those conditions in the Class III obesity population can be incapacitation. That unexpected onset of the symptoms of one of the conditions generally is much more dangerous than an employee who already has one of those conditions and is receiving appropriate treatment and maintaining control of the condition.

11. For the reasons just explained, BNSF developed the practice described above regarding candidates with a BMI of 40 or over. That practice was developed based on the medical and railroad experience of BNSF's physicians as well as their ongoing education and in particular review of studies regarding risks associated with levels of obesity. In particular, BNSF relied on a government study, the "Clinical Guidelines on the Identification, Evaluation, and Treatment of Overweight and Obesity in Adults: Evidence Report was released by the National Heart, Lung, and Blood Institute's (NHLBI) Obesity

Education Initiative in cooperation with the National Institute of Diabetes and Digestive and Kidney Diseases (NIDDK)."

12.     BNSF uses a different approach for candidates with a BMI that is considered high but is below 40. I am not addressing that approach here because Shell's BMI was above 40.

13.     In considering a candidate's BMI, I relied on the documents transmitted by CHS that reflects the BMI measurement calculated based on the height and weight measurements taken at a physician's office visit that CHS arranged for the candidate. In Shell's case, the document marked Shell/BNSF 000061 in Exhibit 2 is the document containing those height and weight measurements of Shell. The document marked Shell/BNSF 000058 is the CHS document that contains the BMI calculation based on that height and weight measurement and that I considered in making my decision. According to those documents, Shell was measured as 5 foot, 10 inches tall and weighed 331 pounds, which placed him at a BMI of 47.5. On the basis of that BMI I made my decision reflected in Exhibit 3.

14.     I did not understand at the time that I made my decision that Shell actually had any of the medical conditions that those with Class III obesity are at a high risk of developing, and I did not perceive him as actually having one of those conditions. I also did not understand him to have, and did not perceive him as having, any underlying medical condition that caused his weight to be high. Nor did I understand or believe at the time that his weight affected one or more of his body systems in the sense of those systems actually being damaged or impaired.

**DECLARATION OF DR. MICHAEL R. JARRARD – Page 5**

15.     As I stated in my deposition, I am board certified in occupational medicine. Occupational medicine often involves assessing the ability or inability to safely perform a job based on a review of documentary and other evidence rather than personal examination of an individual, which is frequently handled by other types of physicians or other health care providers. In routinely reaching medical conclusions without personal examination of an individual, occupational medicine is not alone, as many areas engage in accepted and valid practices of reaching medical conclusions in the absence of a personal examination by the physician making the decision. Those fields include flight surgeon determinations in the airline industry, fitness-for-duty determinations in the maritime industry, fitness-for-duty decisions and particularly waiver decisions in the trucking industry, fitness decisions for U.S. military service, social security benefit determinations, and employee-benefit-plan determinations. Each of those areas involves the review at one or more levels by a physician who did not personally interact with an individual but is making medical decisions regarding that individual based in part on records prepared by physicians who did have direct contact with the individual.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August ⟪15⟫, 2017.

Dr. Michael R. Jarrard

19762055.1



Comprehensive
Health Services
INCORPORATED *

**Ronald Shell**
Redacted
**10/01/2010**

Introduction

Important Note:

This medical questionnaire should only be completed when instructed by your BNSF HR Representative. Failure to accurately complete any part of the applicable medical questionnaire will delay your medical clearance to begin working. Do not fax this medical questionnaire multiple times unless instructed by a Comprehensive Health Services representative.

Name:                                                                               **Ronald Shell**

(Last, First and Middle Initial)

Social Security Number:                                                   

E-Mail Address:

**rshell1954@yahoo.com**

Job Title:

**INTERMODAL EQUIPMENT OPERATOR**

HR Rep:                                                                            ·**Frances Hunter**

Mailing Address: (Please, no P.O. Boxes)

City:                                                                                 **chicago**

State:                                                                               **IL**

Zip Code:                                                                          **60629**

Do you have a preference for when we contact you?        **Yes**

To help us set a convenient clinic appointment in the city of your home address, please fill in the following:

Preferred Clinic City:                                                         **CHICAGO**

Street:                                                                             **6715 S. Kolmar**

Instructions

Candidate Instructions:

1. This Questionnaire is separated into 4 sections. You are required to complete Section I, II and IV. Section III is optional. DO NOT LEAVE ANY QUESTION IN A REQUIRED SECTION BLANK OR IT MAY DELAY THE HIRING PROCESS.

2. The phone number you list will be used by CHS to notify you of the date, time and location of your medical examination.

3. The address you list will be used by CHS to send you instructions and forms that you must take to your medical examination.

4. Your answers will be CONFIDENTIAL. Please be as accurate as possible.

5. To complete this Electronic Questionnaire, click into the box for the appropriate response or type your remarks in the text box. Mark only one answer for each question, unless otherwise indicated. Explain all "YES" answers in the space provided..

6. Read each question carefully. Answer each question and explain all YES answers.

7. If, at any time, you would like to save your responses, and return later, click on the "Save" button, and follow any instructions provided.

8. After completing each page, review it for completeness and accuracy. Save the document to your personal computer for your personal records - use a name you will remember. The exam process will not begin until CHS receives this Questionnaire. Be sure to follow the instructions on the last page to submit your questionnaire.

9. If you have any questions regarding this Questionnaire, please call toll free at 877-780-BNSF (2673).

10. Call the BNSF Human Resource Representative you interviewed with for any questions regarding your position.

I hereby authorize CHS to release in confidence to Burlington Northern Santa Fe Medical Department and/or its subsidiaries medical information necessary to determine my medical or physical condition concerning my offer of employment, or ongoing employment with this

*Page 1 of 8 on 11/11/2013 12:50:26 PM*



EXHIBIT 1

Shell/BNSF 000034



Comprehensive
Health Services
INCORPORATED.

**Ronald Shell**
Redacted
**10/01/2010**

company.
I hereby authorize the examining medical provider and/or clinic to release to CHS any medical information related to my medical or physical condition. I have read and understood the instructions for completing this Questionnaire and all responses given are accurate and complete.

I certify that my answers to the foregoing questions are correctly recorded and that said answers are true. I further understand that if the answers are incomplete or false, it may be grounds for withdrawal or termination of employment.

Failure to check the box below will result in the invalidation of this questionnaire, and will delay the hiring process.

[ ] Please check this box as an electronic acknowledgement of your signature:

**Please check this box as an electronic acknowledgement of your signature:**

| | |
|---|---|
| Legal Name: | **Ronald Shell** |
| Date Submitted: | **8/3/2010** |
| Section I | |
| NAME: | **Ronald Shell** |
| TODAY'S DATE: | **8/3/2010** |
| SSN / ID # : | Redacted |
| BIRTH DATE: | |
| JOB TITLE: | |
| **INTERMODAL EQUIPMENT OPERATOR** | |
| START DATE: | **10/1/2010** |
| HR REP: | **Frances Hunter** |
| GENDER: | **M** |
| HEIGHT in inches: | **6'** |
| WEIGHT in pounds: | **300** |
| LIST A TELEPHONE NUMBER WHERE YOU CAN BE REACHED BY THE HEALTH CARE REVIEWER: | |
| TELEPHONE NUMBER: | **7735812869** |
| WHEN TO CALL: | **p.m.** |
| SECTION II | |
| ALL QUESTION MUST BE ANSWERED COMPLETELY (EXPLAIN ALL "YES" RESPONSES) | |
| 1. Have you ever had any of the following conditions? | |
|     a. Seizures (fits) | **No** |
|     b. Diabetes (sugar disease) | **No** |
|     c. Have you ever experienced a low blood sugar that has caused you to lose consciousness or awareness of your surroundings? | **No** |
|     d. Allergic reactions that interfere with your breathing | **No** |
|     e. Claustrophobia (fear of closed-in places that affect respirator use) | **No** |
|     f. Trouble smelling odors | **No** |
|     g. Sleep apnea, excessive snoring, or other sleep disorders | **No** |
| 2. Have you had any of the following that caused you to miss work/school for more than 2 days... | |
|     a. Illness or injury | **Yes** |
| Please Explain: 2a | |
| **SURGERY IN 1979, 2001** | |
|     b. Hospitalization | **Yes** |
| Please Explain: 2b | **SURGERY IN 1979** |
|     c. Surgery | **Yes** |

*Page 2 of 8 on 11/11/2013 12:50:26 PM*



Comprehensive
Health Services
INCORPORATED·

**Ronald Shell**
Redacted
**10/01/2010**

| | |
|---|---|
| Please Explain: 2c | 1979, 2001 |
| 3. During the past 5 years, what is the average number of employer-provided sick days have you used annually? | 5 |
| 4. Have you ever filed a claim for social security disability, long-term disability, or short-term disability benefits, or any other claim for disability benefits from a private or public provider of such benefits? | No |
| 3. Have you ever been injured in an on-the-job accident and filed a claim against the employer for medical benefits and other compensation? If yes, please state | Yes |
|    a. Nature of injury | KNEE |
|    b. Date of injury | 10/1/2001 |
|    c. Location in which you filed your claim | CORWITH YARD |
|    d. the impairment rating you were given, if any, whether by a physician or a court | NOT SURE |
|    e. the date of final settlement, if you settled out of court | 1/1/2002 |
| 4. Did you contract any illness or were you injured during military service, and as a result, you have a Veteran's Administration Disability Rating? | No |
| 5. Did you contract any illness or were you injured during military service, and as a result, you intend to apply for a Veteran's Administration Disability Rating? | No |
| 6. Do you currently smoke tobacco, or have you smoked tobacco in the last month? (Answer n/a where applicable) | Yes |
| # packs/day | 1 |
| # years smoked | 20 |
| # years quit | 0 |
| a. How long have you or did you smoke? | |
| More than 15 years | |
| b. How long ago did you quit smoking? | I still smoke |
| 7. Have you ever had any of the following pulmonary or lung problems? | |
|    a. Asbestosis | No |
|    b. Asthma | No |
|    c. Chronic bronchitis | No |
|    d. Emphysema | No |
|    e. Pneumonia | No |
|    f. Tuberculosis | No |
|    g. Positive skin test only | No |
|    h. Silicosis | No |
|    i. Lung cancer | No |
|    j. Broken ribs | No |
|    k. Any chest injuries or chest surgeries | No |
|    l. Any other surgeries | No |
|    m. Any other lung problems that you've been told about | No |
| 8. Do you currently or have you ever had any of the following symptoms of pulmonary or lung illness? | |
|    a. Shortness of breath | No |
|    b. Shortness of breath when walking with other people at an ordinary pace on ground level pace on ground level | No |
|    c. Shortness of breath when walking fast on level ground or walking up a slight hill or incline | No |
|    d. Have to stop for breath when walking at your own pace on level ground | No |
|    e. Shortness of breath when washing or dressing yourself | No |
|    f. Shortness of breath that interferes with your job | No |
|    g. Coughing that produces phlegm (thick sputum) | No |

Shell/BNSF 000036



Comprehensive
Health Services
INCORPORATED

**Ronald Shell**
Redacted
**10/01/2010**

| | |
|---|---|
| h. Coughing that wakes you early in the morning | No |
| i. Coughing that occurs mostly when you are lying down | No |
| j. Coughing up blood in the last month | No |
| k. Wheezing | No |
| l. Wheezing that interferes with your job | No |
| m. Chest pain when you breathe deeply | No |
| n. Chronic cough in past year | No |
| o. Any other symptoms that you think may be related to lung problems | No |
| 9. Have you had a chest x-ray within the past year? | Yes |
| Please explain the reason for your chest x-ray, and the results if known: | **SINUS INFECTION** |
| 10. Have you ever had any of the following cardiovascular or heart problems? | |
| a. Heart Attack | No |
| b. Stroke | No |
| c. Angina | No |
| d. Heart Failure | No |
| e. Swelling in your legs or feet (not caused by walking) | No |
| f. Heart arrhythmia (heart beating irregularly) | Yes |
| Please Explain: 10f | a-fib |
| F 1). Has this irregular heart rhythm occurred in the last six month? | Yes |
| 2). When you have the irregular heart rhythm, do you have: | |
| (a) Dizziness | No |
| (b) Shortness of breath | No |
| (c) Difficulty doing activities | No |
| g. High blood pressure | Yes |
| Please Explain: 10g | on medication |
| h. Any other heart problem that you have been told about? | No |
| 11. Have you ever had any of the following cardiovascular or heart symptoms? | |
| a. Frequent pain or tightness in your chest | No |
| b. Pain or tightness in your chest during physical activity | No |
| c. Pain or tightness in your chest that interferes with your job | No |
| d. In the past two years, have you noticed your heart skipping/missing a beat | No |
| e. Heartburn or indigestion that is not related to eating | No |
| f. Any other symptoms that you think may be related to circulation problems | No |
| 12. Have you ever had surgery of the arteries, coronary bypass or angioplasty (to correct blocked artery or aneurysm)? | No |
| 13. Within the past 3 years have you been prevented from working, kept indoors, or confined to bed due to ... | |
| a. Colds usually that goes to the chest (more than 50% of the time)? | No |
| b. Chest illness | No |
| c. A diagnosis of heat stroke | No |
| 14. In the past year, how many colds or upper respiratory infections did you have? (Check boxes that apply) | None - one |
| 15. Have you ever had or do you now have any of the following: | |
| a. Female: Dysmenorrhea, endometriosis or ovarian cysts? | No |
| b. Female: Are you pregnant now? | No |
| c. Male: Testicular Mass, varicocele, undescended testes or prostate | No |
| 16. Have you ever had or do you now have any of the following: | |
| a. Alcohol dependence or abuse | No |
| b. Drug dependence | No |

Shell/BNSF 000037



Comprehensive
Health Services
INCORPORATED®

Ronald Shell
Redacted
10/01/2010

| | |
|---|---|
| c. Nervous condition which could impair your judgment or reliability | No |
| d. Any treatment for drug or alcohol problems (in- or out-patient) | No |
| 17. Have you had a tetanus vaccine in the last 10 years? | Yes |
| 18. Do you currently or have you ever taken medications for any of the following problems? | |
| a. Breathing or lung problems | No |
| b. Heart trouble | Yes |
| List Medication(s): 18b | cartia |
| c. Blood Pressure | Yes |
| List Medication(s): 18c | lopressor |
| d. Seizures (fits) | No |
| 19. Have you ever had a back injury? | Yes |
| Please Explain: Back injury | back spasm |
| 20. Have your work tasks or daily activities ever been interfered with by pain, swelling or soreness in your... | |
| a. Neck | No |
| b. Shoulders | No |
| c. Arms | No |
| d. Elbows | No |
| e. Wrists | No |
| f. Hands | No |
| g. Fingers | No |
| h. Back | No |
| i. Hip | No |
| j. Knees | No |
| k. Legs | No |
| l. Ankles | No |
| m. Feet | No |
| 21. Have you ever been diagnosed or treated for any of the following... | |
| a. Rheumatoid Arthritis | No |
| b. Osteoarthritis | No |
| c. Other Arthritis or Rheumatism | No |
| d. Gout | No |
| e. Carpal Tunnel Syndrome | No |
| f. Tendonitis | No |
| g. Bursitis | No |
| h. Cartilage Degeneration | No |
| i. Herniated Disc Disease (neck or back) | No |
| j. Recurrent Shoulder Dislocations | No |
| k. Migraine Headaches | No |
| 22. Do you currently or have you ever had any of the following musculoskeletal problems... | |
| a. Weakness in any of your arms, hands, legs or feet | No |
| b. Back pain | Yes |
| Please Explain: 22b | muscle spasm |
| c. Difficulty fully moving your arms and legs | No |
| d. Pain or stiffness when you lean forward or backward at the waist | No |
| e. Difficulty moving your head up or down | No |
| f. Difficulty squatting to the ground | No |
| g. Difficulty climbing stairs or a ladder | No |

Shell/BNSF 000038



Comprehensive
Health Services
INCORPORATED

Ronald Shell
Redacted
10/01/2010

| | |
|---|---|
| h. Difficulty climbing stairs or a ladder while carrying 25 pounds | No |
| i. Difficulty moving head from side to side | No |
| j. Difficulty bending at the knees | No |
| k. Difficulty pushing, pulling or carrying more than 25 lbs | No |

23. Have you ever had or do you now have any of the following

| | |
|---|---|
| a. Heart disease, heart failure, heart valve problems or rheumatic fever | No |
| b. Liver disease, hepatitis, gall bladder, pancreas disease or jaundice | No |
| c. Cancer, tumors, leukemia, blood disorders | No |
| d. Kidney, bladder problems | No |

24. Other than medications for breathing and lung problems, heart trouble, blood pressure **Yes**
and seizures mentioned earlier in this questionnaire, are you taking any other medications for
any other reasons (including over-the-counter medications)?
List medications:
 **antibiotic for sinus infection**

| | |
|---|---|
| 25. Have you ever lost vision in either eye temporarily or permanently? | No |

26. Do you currently have any of the following vision problems...

| | |
|---|---|
| a. Wear contact lenses | No |
| b. Wear glasses | No |
| c. Color vision difficulty | No |
| d. Any other eye or vision problems | No |
| 27. Have you ever had an injury to your ears, including a broken eardrum? | No |

28. Do you currently have any of the following hearing problems...

| | |
|---|---|
| a. Difficulty hearing | No |
| b. Wear a hearing aid | No |
| c. Any other ear or hearing problems | No |

30. Have you ever had any of the following...

| | |
|---|---|
| a. Family or friends tell you that you have a hearing problem | No |
| b. Difficulty understanding speech in a crowded (noisy) room | No |
| c. Severe persistent ringing, buzzing or roaring in the ears | No |
| d. Been to an ear specialist | No |
| e. Ear surgery recommended but not performed | No |
| f. Frequent (more than 1 per year) ear infections after age 6. | No |
| g. Hearing that comes and goes (fluctuating hearing loss) | No |

31. Have you ever had any of the following...

| | |
|---|---|
| a. Sudden or rapid loss of hearing | No |
| b. Ear drainage | No |
| c. Tubes in ear(s) | No |
| d. Hearing one sound as two (either in pitch or in time) | No |
| e. Mumps | **Yes** |
| Please Explain: 31e | **as a child** |
| f. Measles | **Yes** |
| Please Explain: 31f | **as a child** |
| g. Meningitis | No |
| h. Encephalitis | No |
| i. Very high fever (over 104 degrees) | No |
| j. Brain disease or tumor | No |
| k. Skull injury/fracture | No |
| l. Brain, Ear or Mastoid bone surgery | No |

Shell/BNSF 000039



Comprehensive
Health Services
INCORPORATED™

Ronald Shell
Redacted
10/01/2010

| | |
|---|---|
| m. Numbness or paralysis of your face | No |
| n. Been knocked out or had a concussion | No |
| o. Exposed to an explosion or blast | No |
| p. Childhood onset diabetes (before age 30) | No |
| q. Adult onset diabetes (at age 30 or older) | No |
| r. More than 2 or 3 sinus infections (sinusitis) | Yes |
| Please Explain: 31r | over 50 years |
| s. Fainting spells or loss of consciousness | No |
| t. Problems with balance | No |
| u. Severe dizziness or vertigo (things spinning around you) more than twice | No |
| v. Fear of heights | No |
| 32. Have you had any of the following in one or both ears within the past year | |
| a. A feeling of fullness | No |
| b. Pain or discomfort | No |
| c. Chronic ear wax buildup | No |
| d. Ear pain | No |
| e. Ear drainage | No |
| 33. Do you currently work in a job that requires frequent use of hearing protection? | Yes |
| 34. Has someone tested your hearing other than your current employer? | No |
| 35. Have you ever had daily or weekly exposure to excessive noise at the following... | |
| a. Current primary job | Yes |
| Please Explain: 35a | heavy machinery |
| b. While serving in the military (gunfire, artillery, flying, etc.) | No |
| c. Previous job | No |
| d. Another currently held job | No |
| 36. Do you listen to loud music at a club, at home or with a "boom box", use a "walkman", or earphones at high volume levels for three or more hours per week? | No |
| 37. Do you have hobbies or home activities where you are exposed to loud noise (gunfire, lawnmowers, auto or boat racing, snowmobiling, motorcycles, tractors or other farm equipment, chain saw gas or electric motors)? | No |
| 38. Do you try to protect your hearing by wearing earplugs/earmuffs when exposed to loud noise (Check one)? | Never (0%) |

Section III

OPTIONAL

| | |
|---|---|
| 1. In general, would you say your health is: (Only check one) | Very Good |
| 2. In the PAST 4 WEEKS, how much time have you felt calm and peaceful? | |

**Most of the time**

3. In the PAST 4 WEEKS, how much of the time have you had a lot of energy?

**Most of the time**

4. In the PAST 4 WEEKS, how much of the time have you felt downhearted and blue?

**A little of the time**

| | |
|---|---|
| 5. In the PAST 4 WEEKS, have you had any of the following problems with your work or other daily activities as a result of your physical health? | |
| Accomplished less than you would like. | No |
| Were limited in the kind of work or other activities. | No |
| 6. During the PAST 4 WEEKS, have you had any of the following problems with your work or other daily activities as a result of any emotional problems (such as feeling depressed or anxious)? | |
| Accomplished less than you would like. | No |

Shell/BNSF 000040



**Comprehensive
Health Services**
INCORPORATED

**Ronald Shell**
Redacted
**10/01/2010**



---

Were limited in the kind of work or other activities.                                          No

7. During the PAST 4 WEEKS, how much did pain interfere with your normal work (including      Not at all
both work outside the home and housework)

8. During the PAST 4 WEEKS, how much of the time has your physical health or emotional
problems interfered with your social activities (like visiting with friends, relatives, etc)?
**None of the time**

9. The following are activities that you might do during a typical day. Does your health now
limit you in these activities? If so, how much?

    a. Moderate activities (moving table, pushing vacuum cleaner, playing golf, bowling)       No

    b. Climbing several flights of stairs                                                       No

10. In the past year have you ... (Mark all that apply and Explain)...

**None of these apply**

[ ] Felt that you should cut down on your drinking of alcohol

**None of these apply**

[ ] Been annoyed with people criticizing your drinking

**None of these apply**

[ ] Felt bad or guilty about your drinking

**None of these apply**

[ ] Had a drink first thing in the morning, as an eye-opener, for nerves or a hangover

**None of these apply**

[ ] None of these apply

**None of these apply**

Failure to check the box below will result in the invalidation of this questionnaire, and will
delay the hiring process.

[ ] Please check this box as an electronic acknowledgment of your signature:

**Please check this box as an electronic acknowledgment of your signature:**

Legal Name:                                                                                  **Ronald Shell**

Date Submitted:                                                                              **8/3/2010**

Does your job require you to wear a respirator? (Look at the table above. Failure to answer     No
these questions for a position requiring respirator clearance will delay your qualification for
employment. If unsure complete the questionnaire.)

RespiratorClearance

SECTION IV

MANDATORY SECTION FOR RESPIRATOR USE

PLEASE ANSWER THE FOLLOWING QUESTIONS TO THE BEST OF YOUR
KNOWLEDGE, IF YOU DO NOT HAVE AN ANSWER, PLEASE MARK YOUR ANSWER AS
"N/A" TO INDICATE THAT YOU HAVE READ THE QUESTION BUT IT DOES NOT APPLY
AT THIS TIME.

Your employer must allow you to answer this questionnaire during normal working hours, or at
a time and place that is convenient to you. To maintain your confidentiality, your employer or
supervisor must not look at or review your answers, and your employer must tell you how to
deliver or send this questionnaire to the health care professional who will review it.

(hint: You may be expected to wear a respirator up to 5 hours a week)

Failure to check the box below will result in the invalidation of this questionnaire, and will
delay the hiring process.

Shell/BNSF 000041

# External Application for Employment

First Name ronald

Middle Name eugene

Intermodal Equipment Operator

Last Name shell

IL - Chicago

SSN/SIN

Mobile: 773-899-0875

Mr. ronald shell

6715 s. kolmar

Home: 773-581-2869

CHICAGO IL 60629

USA

Email: rshell1954@yahoo.com

Are you 18 years of age or older?   Yes

.

Are you capable of performing the duties of the position applied for with or without reasonable   Yes
accomodations?

Are you legally authorized to work in this country? Proof of work authorization and identity   Yes
will be required upon employment.

If offered a position by BNSF, would you now or in the future require BNSF's assistance to   No
obtain employment-based nonimmigrant status, such as H-1B or TN?

Have you EVER been convicted of, or pled guilty or nolo contendre (no contest) to, ANY crime   No - I have no convictions
(excluding minor traffic violations)?  Note:  A conviction or plea is not an automatic bar to
employment.Applicants are not required to disclose sealed or expunged records of conviction
or arrest.

If yes, provide complete details for each incident, including the DATE of conviction or plea,                              .
location (City/State) of conviction or plea, dates of incarceration (if any) and any final
disposition (e.g., suspended sentence, fines, probation, deferred adjudication or similar
disposition.)

In the last 7 Years, have you been convicted of or pled guilty or nolo contendre (no contest) to   No - I have no convictions
any traffic violations?

If yes, state the DATE and place (CITY/STATE) of the conviction or plea, nature of the violation
(e.g., speeding), and final disposition for each incident (e.g., probation, fine).

Have you ever been employed by a railroad?   Yes

# EXHIBIT 2

Shell/BNSF 000049

If yes, give the name of the railroad(s): ATSF

Positions Held: Driver

When and Where: Hired March 23, 1977 - Corwith Yard-Chicago

Reason for Leaving: Still in same yard, privatized - Midwest Terminal Services

Do you have any relatives presently employed by BNSF?   No

Name   Relation   Location   Job Title

May we contact your present employer for reference? We will not contact your current                    Yes
employer until we make a contingent offer of employment.


## Work Experience

Employer Name Rail Terminal Services

| | |
|---|---|
| Period 05/01/2000  - 02/28/2011 | Reason for Leaving Currently Employed |
| Work Address | Work Phone |
| City Chicago | Eligible for Rehire Currently Employed |
| Region Illinois | Starting Salary ? |
| Internal Job Title Driver/Operator | Ending Salary 22.30 |


## Education

Hubbard High School

| | |
|---|---|
| City Chicago | Diploma / Degree Received? No - I did not receive a degree / diploma |
| Region Illinois | Country USA |
| Education Type High School | Field of Education |
| Education Level GED / HS Equivalency | Subject |


## Military Service

| Military Service -   N/A ---- Branch | Date Entered (MM/DD/YYYY) | | Date Discharged (MM/DD/YYYY) | |
|---|---|---|---|---|
| Rank at Entry:   N/A | Highest Rank Attained: | N/A | Final Rank: | N/A |
| Did you receive a dishonorable discharge? | N/A | | | |

Duties Performed:

Shell/BNSF 000050

## Additional Qualifications

Service Schools or Special Experience:


Professional Licenses, Registrations or Certifications

    .

List any additional skills or abilities you would like us to consider in evaluating your qualifications.

Can operate the following: Fantuzzi Hostler Side Loaders (Taylor) Rotator Overhead Cranes Vertical Chassis Stacker

| | |
|---|---|
| Safety is of first importance in the discharge of duty by BNSF Employees. If hired, do you agree to learn and obey all safety rules relating to your job? | Yes |
| I certify that I am the person whose name appears above and that I am applying for employment with BNSF. | Yes |
| I certify that all information given in this application is complete and accurate. I authorize investigation of all statements contained in my application for employment. I UNDERSTAND THAT ANY MISREPRESENTATION OR OMISSION IN MY COMPLETED APPLICATION IS GROUNDS FOR REJECTION OF MY APPLICATION, WITHDRAWAL OF ANY PENDING OFFER OF EMPLOYMENT, OR TERMINATION OF MY EMPLOYMENT AT ANY TIME, REGARDLESS OF WHEN SUCH MIS- REPRESENTATION OR OMISSION IS DISCOVERED. STATEMENTS IN THIS EMPLOYMENT APPLICATION DO NOT CREATE A CONTRACT OF EMPLOYMENT. | Yes |
| I understand that it is the policy of BNSF to help rehabilitate its injured employees so that they can return to gainful employment. I agree that if I am injured or disabled while employed by BNSF I will cooperate with the doctors and vocational agencies designated by the Company so that they can help me return to gainful employment. BNSF will provide reasonable accommodations to qualified applicants and employees with disabilities as required by applicable law. | Yes |
| If I receive an offer of employment from the Company, I consent to undergo any required medical or physical examinations as a condition of my evaluation for initial employment and, if I am hired, my fitness for duty. I understand such examinations, including the pre-employment physical examination, include an alcohol and drug screen, and I have been informed of BNSF's drug and alcohol testing policy. | Yes |
| I agree to observe faithfully all applicable rules and regulations of the Company. | Yes |
| I agree on behalf of myself, my heirs and my personal representatives that, if my mental or physical condition becomes an issue in any claim or litigation involving the Company, any health care provider, hospital, clinic, Veteran's Administration or other person or agencies may provide to the Company any information or records regarding such condition and may testify in any court or other proceeding about such condition, whether such information, records, or testimony is derived from confidential communications or otherwise. I expressly waive the benefits of any state or federal law where under such information and records are considered wholly or partially privileged. | Yes |
| I agree that my employment with BNSF is at will and may be terminated by BNSF or me at any time without notice, subject to any limitations of an applicable collective bargaining agreement. | Yes |
| Applicant's Signature. By Answering Yes, I understand that I am applying my electronic signature to this employment application | Yes |

Shell/BNSF 000051

stating that I have read and understand the above statements.

It is the policy of the company as an Equal Opportunity Employer to assure that there shall be no discrimination against any employee or applicant for employment on the grounds of age, race, color, creed, religion, sex, sexual preference, national origin, disability or veteran status, or any other status protected by law.

Signature:_____Date:_____

Shell/BNSF 000052

# SAP E-Recruiting

*Data Overview for Job Posting*        *00900234*

| Basic Data | |
|---|---|
| Job Posting | 00900234 |
| Status | Closed |
| Industry | Transportation |
| Functional Area | Operations - Transportation |
| Contract Type | Hourly |
| Employment Fraction | Full-time |

| Descriptions | English |
|---|---|
| Job Posting Title | Intermodal Equipment Operator |
| Company | BNSF Railway operates one of the nation's largest rail networks, with approximately 32,000 route miles operating through 28 states across the western United States. BNSF is headquartered in Fort Worth, Texas. For more than 160 years we have proudly served our customers by safely and efficiently delivering commodities such as coal, grain, steel and consumer products. The dedication, talent and creativity of our 38,000 employees have helped distinguish BNSF as an innovative and progressive leader within the transportation industry. To learn more about our company, our culture and our opportunities, please visit us online at www.bnsf.com/careers. |
| Department | |
| | ANTICIPATED CLOSING DATE*: Posting closes at 11:59 p.m. CST on July 16, 2010. Apply early as this job may be removed or filled prior to the closing date. |
| | ANTICIPATED START DATE*: March 1, 2011 subject to change based on business need. |
| | POSITIONS AVAILABLE: Multiple |
| | WORK LOCATION: Chicago, IL |
| | This posting is for the above geographic location ONLY. If interested in other geographic locations, please visit the BNSF career website and apply directly to those locations when/if available. |
| | SALARY/BENEFITS: Pay rate is approximately $17.63 - $20.74 per hour subject to our entry rates. BNSF employees receive an annual benefit package valued at $22,000. The terms of the collective bargaining agreement shall apply. |
| Project | |
| Tasks | |
| | DUTIES/RESPONSIBILITIES: |
| | This position has three levels covering a graduated proficiency in duties involved in the handling of intermodal equipment within a railroad intermodal facility. Although some Intermodal Equipment Operators may perform one of the three job levels primarily, all Operators will also be expected to perform the other two job levels as needed. The position uses several kinds of heavy machinery including cranes, sideloaders, forklifts, IBC cards, and hostler trucks. |

Shell/BNSF 000053

concerns, and taking appropriate action.

**GROUND SUPPORT WORKER:** Work with the Intermodal Crane/Lift Equipment Operators assisting in the loading of trailers and containers on/off railcars and chassis. Physical duties include: operating a motorized IBC cart and walking long distances adjacent to railcar equipment, climbing on/off railcars (currently three steps approximately 45 inches above pavement); placing/removing/locking/unlocking interbox connectors weighing up to 16 lbs.; setting container pedestals weighing up to 50 lbs. on conventional railcars; use of an on-board computer peripheral to communicate with the yard management computer system; assisting BNSF switch crew members during switching operations; and locking/unlocking, raising and lowering trailer hitches on railcars. These activities will occur multiple times during each shift.

**HOSTLER TRUCK OPERATOR:** Drive 18-wheel yard hostling vehicles with trailing units from 20 ft. up to 57 ft. in length and weighing up to 65,000 lbs., maneuvering of a tractor-trailer combination around tight corners and in/out of parking spaces; use of an on-board computer peripheral to communicate with the yard management computer system; railcar spotting and identification processes, and understanding of chassis ownership relationships.

**CRANE/LIFT EQUIPMENT OPERATOR:** Operate a rubber tire gantry crane or similar equipment (sideloaders, forklifts) to lift trailers and containers from 20 ft. to 57 ft. in length and weighing up to 65,000 lbs. on/off railcars and intermodal chassis, on/off the ground and intermodal chassis, and use of an on-board computer peripheral to communicate with the yard management computer system.

**Requirements**

**BASIC QUALIFICATIONS:**

• 18 years of age or older.
• High school diploma or GED preferred.
• BNSF is a drug-free company and employees will be subject to random drug tests.
• Willing to submit to an employment, criminal, and driving background review.
• Available to work in the geographic area indicated.
• Able to read, write, and communicate (speak, hear, and understand) English.
• Able to work outdoors in all weather conditions (hot, cold, rain, snow, and sleet).
• Available to work a 40-hour work week subject to overtime, on-call, and alternate shifts that may include weeknights, weekends, and holidays.
• Able to lift and carry up to 50 lbs. with or without assistance.
• Possess a valid state-issued driver's license or be able to obtain one within 60 days of employment.
• Able to visually distinguish among red, blue, green, and yellow colors, hear and with training, distinguish auditory signals.
• Able to accurately input data into computer systems.
• Able to use hands to perform activities involving holding, grasping, turning, and pulling.
• Able to perform work on uneven surfaces; frequently climb ladders and on/off equipment as well as perform work on top of railcars.
• Able to work in conditions that include loud noise and fumes, work on and around heavy and moving machinery, bend, walk, stand, and sit for extended periods of time, and use hand tools.
• Follow safety policies and procedures and wear the required personal protective equipment required for the job in a safe manner.

**TRAINING:** Company paid on-the-job training including preparation, equipment, and testing expenses to obtain a Commercial Drivers License is provided.

**RELOCATION:** Relocation assistance is not available for this position.

Shell/BNSF 000054

PROBATIONARY PERIOD*: Eight months.

TRAVEL: Minimal.

SHIFTS/HOURS*: 40-hour work week subject to overtime, on-call, and alternate shifts that may include weeknights, weekends, and holidays. Shifts are governed by union agreement subject to seniority.

UNION*: Transportation Communications International Union

DUES*: Per the collective bargaining agreement, union membership and monthly dues are required.

BACKGROUND INVESTIGATION ELEMENTS:

• Extensive criminal record review.
• Verification of last 7 years of driving and employment history to include military service.
• Social Security number verification.
• Academic and Education verification.

Pre-Employment Medical Qualification Process (to include, but not limited to: medical history questionnaire; physical capabilities test; physical exam; BNSF and FRA-required drug screen).

DRUG TEST: BNSF uses a hair test for illegal drugs in its employment application process. Please note that it will be necessary for you to provide a hair specimen for this test, which will test for illegal or illicit drug use in the past 90 days. Hair specimens can be collected from EITHER the head or body and can be taken from several locations to get the required amount necessary for testing. Studies indicate that the head hair grows an average of ½ inch per month. You will not be able to progress an application for employment unless you are able to provide an adequate hair specimen for testing. Hair collections will be done at the BNSF Hiring Event. If you cannot pass this test, please do not attend. For more information regarding hair testing, please visit http://www.bnsf.com/careers/pdf/hair_testing.pdf.

We are proud to be an EEO/AA employer M/FD/V. We maintain a drug-free workplace and perform pre-employment substance abuse testing.

The duties and responsibilities in this posting are representative categories to be used in deciding whether to apply for the position. These general categories do not necessarily constitute an exhaustive list of duties for the position.

All applicants will be notified by email regarding orientation, testing, and interviews for this position. Please be sure to check your email on a daily basis.

Transportation Worker Identification Credential (TWIC): Federal authority requires BNSF employees, whose work requires unescorted access to secure areas of port facilities, to obtain a TWIC. A TWIC is a condition of employment for such positions and requires candidates to those positions to submit to a TSA security assessment (to include, but not limited to, providing: biographic information; identity documents; fingerprints; digital photograph). More information is available at www.tsa.gov/twic.

## General Job Information

**Basic Data Requisition**

| | |
|---|---|
| Requisition | 00900231 |



*10/1*

# FAX COVER PAGE

**TO:**  Dr. M. Jarrard

**PROVIDER:**  **BNSF**

**PHONE NUMBER:** **817/352-1604**

**FAX NUMBER:**  **817/352-7100**

**FROM:**  Eileen Henderson, RN

**PHONE:**  **(703) 288-5457 or (800) 638- 8083  X11537**

**FAX:**  **(703) 288-5492**

**DATE:**  **11/9/10**

**RE:**  Ronald Shell

**PAGES:**  5 including cover       *RTS*

**MESSAGE:**  ↑ BMI

**\*\*CONFIDENTIALITY NOTICE\*\***
This message is intended only for the individual to whom it is addressed.  It contains information that may be confidential under law.  If you are not the intended recipient, you are hereby notified that any unauthorized disclosure, copying, distribution, or action taken on the content of these documents is strictly prohibited.  If you have received this facsimile transmission in error, please immediately notify us by telephone to arrange for return of these documents to us.

Shell/BNSF 000057

Nov 09 10 10:52a                                                                    p.2

 **COMPREHENSIVE HEALTH SERVICES, INC.**

10701 Parkridge Blvd • Suite 200 • Reston, VA 20191 • Phone: (800) 638-8083 • Fax: (703) 288-5492

## REFERRAL TO BNSF MEDICAL

Applicant Name _Ronald Shell_          Job Title _IEO_          Start Date _10-1-10_

SSN_ Redacted _                         Date of Birth _ Redacted _   Age _56_

Phone Number_____          Alternate Phone Number_____

|          | Reported | Measured |
|----------|----------|----------|
| Height:  | 6'       | 5'10     |
| Weight:  | 300      | 331      |
| BMI:     | 40.7     | 47.5     |

EMSI: Hair _Neg_
Urine _N/A_
IPCS: _pass_ (Re-test)

Current Occupation:_(RTS)_

Reason for Referral: _↑ BMI_

_____

_____

_____

_____

_____

_____

_____

_____

_____        _____
Reviewer Name                                      Date

_____
Signature

Forms\BNSF\Referral to BNSF Medical                Page 1 of 1

Shell/BNSF 000058



Main Page   Sign Out

| Export to PDF | Export to XLS | Print Report | Email Report |
|---|---|---|---|

Go To: 1   of 2   Find:

**CHS**

**Applicant Clinical Notes**

**Name and eMail Address**                    **Start Date**         **S S N**
**Ronald Shell**                                   10/01/2010      Redacted
rshell1954@yahoo.com

**8/3/2010 1:42:00 PM**                                    Eileen.Henderson

sr bmi 40.7 ... confirm ht & wt ... needs interview

**8/18/2010 3:53:00 PM**                                   Eileen.Henderson

Failed iPCS

**9/1/2010 6:06:00 PM**                                        KSteff

Exam cleared. BMI=46.7 (ht: 71"; wt 335)

**10/21/2010 11:09:00 AM**                                      KSteff

RE-TEST IPCS on 10/18 = Pass

**11/2/2010 6:12:00 PM**                                   Eileen.Henderson

lvm asking candidate to contact CHS medical (confirm ht & wt) & LJ to
schedule vitals.... LJ left him a vm on 10/22/10

**11/2/2010 6:32:00 PM**                                   Eileen.Henderson

s/w candidate ..... confirmed ht 6' & wt 328......2001 work related right knee
surgery, Meniscus tear, PT x 3-4 wks, OOW x 1 month, RTW FD to reg job as
IEO w/o difficulty (STILL DOING SAME JOB), denies any current issues w/ RLE,
IL w/c case closed settled out of court ..... 1994 or 1995 non work related left
knee surgery, Meniscus tear, PT x 3-4 wks, OOW x 1 month, RTW FD to reg job
as IEO w/o difficulty (STILL DOING SAME JOB), denies any current issues w/
LLE ..... 1979 nasal surgery- no residual ..... 1989 or 1990 back muscle spasm, tx
w/ meds, denies any further issues w/ back ...... ~ 3yrs ago while on vacation in
FL experienced cardiac arrhythmia, A Fib, Cartia & Lopressor Rx, f/u w/
cardiologist q yr, last f/u ~ 2 months ago, Nuclear Stress test in the process of
being scheduled .... walks w/ wife 1-2 miles 2x/wk ... requested last 2 visits
cardiologist office notes & copies of testing... candidate states he will call Lee
to schedule vitals recheck

**Ronald Shell**                                    10/01/2010      Redacted



Shell/BNSF 000059

Case: 1:15-cv-11040 Document #: 81-6 Filed: 08/18/17 Page 26 of 28 PageID #:729
Nov 09 10 10:53a                                                                    p.4
Лъvлъwлъцъроцъ                                                              лъцъ л ол ъ



Main Page  Sign Out



| Export to PDF | Export to XLS | Print Report | Email Report |

Go To: 2   of 2  Find:

## CHS

### Applicant Clinical Notes

**Name and eMail Address**                    **Start Date**        **S S N**
**Ronald Shell**                              10/01/2010            Redacted
rshell1954@yahoo.com

**11/8/2010 4:38:00 PM**                                  Eileen.Henderson

LVM — per LJ he was a NO SHOW for his Vitals Only appt

**11/8/2010 4:45:00 PM**                                  Eileen.Henderson

s/w candidate states he did attend his exam on 11/5/10  also  requested last 2
visits cardiologist office notes & copies of testing  .... states he thought his
medical was confidential and is not sure he wishes to provide medical info to
us — pending exam to confirm bmi

**Ronald Shell**                              10/01/2010        Redacted

NOV/09/2010/TUE 11:43 AM
P. 001/003

Nov. 5. 2010 10:07AM   CHS Medical
No. 5952   P. 2

Comprehensive Health Services, Inc. (CHS)

**COMPREHENSIVE
HEALTH SERVICES, INC.**

10701 Parkridge Boulevard • Suite 200 • Reston, VA 20191  •  Phone: (877) 780-2673  •  Fax: 703-288-5492

### BNSF B/P & Ht. & Wt. Form

Examinee Name: RONALD SHELL   SSN: 

**INSTRUCTIONS TO EXAMINER:** Based on the medical issue(s) listed below, please measure his height and weight, and verify his identity with a valid ID.  Please fax a readable copy of said ID with the measurements to 703.288.5492.

**Historical medical issue(s) needing review and area(s) of body to be evaluated:**

1. Need updated height and weight measurements

---

**COMPLETE VITAL SIGNS**

Blood Pressure: 138/88

(indicate if large cuff used: o) yes

Pulse: 80

Respiratory Rate: 12

Height (w/o shoes): 5 ft 10 in

Weight (w/o shoes): 331 lbs

---

**Please Fax ALL BNSF
Completed Exam Results
Within 24 Hours.
BNSF Fax 703-288-5492**

## URGENT



## Garbo, Brandon M

| | |
|---|---|
| **From:** | Jarrard, Michael |
| **Sent:** | Tuesday, November 09, 2010 3:02 PM |
| **To:** | 'Eileen Henderson'; Tilley-Pigrum, Aretha D; Garbo, Brandon M; Ellen R. Kessler; George, Joy M; Karen Steffens; Lenore Johnson; Marinell West |
| **Cc:** | Kowalkowski, Chris J |

**Subject:** RE: Shell, Ronald ( rshell1954@yahoo.com) RTS-group

Not currently medically qualified for the safety sensitive Intermodal
Equipment Operator position due to significant health and safety risks
associated with Class 3 obesity (Body Mass Index above 40). Your case can be
reconsidered if you lose at least 10% of your weight (33 pounds) and then
maintain that level for at least 6 months.

After that time, depending on your BMI, you may need to provide the following
information to document and permit further evaluation of your health status:
1) Sleep study (polysomnogram or over night sleep study),
2) Medical report from your doctor documenting measured blood pressure,
fasting blood sugar level, fasting lipid profile (total, HDL, LDL cholesterol
and triglycerides), documentation of hip and waist measurement: waist (at or
below navel) and hip(where buttocks are the largest), smoking history and
other cardiac risk factors,
3) Clinical exercise tolerance test using a standard protocol that documents
your exercise capacity in METS, heart rate recovery and electrocardiographic
(EKG) changes.


Michael Jarrard, MD, MPH
BNSF Medical Officer

*This message may be confidential and should be read or retained only by the intended recipient. If you have received this transmission in error, please immediately notify the sender by replying to this message and then delete it from your system. Thank you.*

---

**From:** Eileen Henderson [mailto:ehenderson@chsmedical.com]
**Sent:** Tuesday, November 09, 2010 11:08 AM
**To:** Tilley-Pigrum, Aretha D; Garbo, Brandon M; Ellen R. Kessler; George, Joy M; Karen Steffens; Lenore Johnson; Marinell West; Jarrard, Michael
**Cc:** Kowalkowski, Chris J; Eileen Henderson
**Subject:** Shell, Ronald ( rshell1954@yahoo.com) RTS-group

Faxed 5 pages for your review

---

**Eileen Henderson, RN**
Registered Nurse
Comprehensive Health Services, Inc.
Phone:     (703) 288-5457 x11537
Fax:        (703) 288-5492
**CHS. Trusted and Independent Workforce Health Management.**
**www.chsmedical.com**

This information belongs to Comprehensive Health Services, is intended for the individual or entity to which it is addressed, and may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of, or reliance on, the contents of this information is prohibited. If you have received this information in error, please notify us immediately by replying back to the sender, and delete this information

EXHIBIT 3