# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

December 30, 2019

Taxed in Favor of: **Appellant Burlington Northern Santa Fe Railway Company**

| No. 19-1030 | RONALD SHELL,<br>Plaintiff - Appellee<br><br>v.<br><br>BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:15-cv-11040<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman | |

The mandate or agency closing letter issued in this cause on December 30, 2019.

BILL OF COSTS issued in the amount of: $409.70.

|   |   | Cost of Each Item | Total Cost Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: | _____ | ___$409.70 |

4. _____
_____      _____     _____
_____

5. _____
_____      _____     _____

TOTAL:     \_\_$409.70\_\_

form name: **c7_BillOfCosts**(form ID: **140**)