# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Ronald Shell,

Plaintiff(s),

v.

Burlington Northern Santa Fe Railway Company,

Defendant(s).

Case No. 15 CV 11040
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

   which ☐ includes        pre–judgment interest.
   ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒ in favor of defendant(s) Burlington Northern Santa Fe Railway Company
and against plaintiff(s) Ronald Shell
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion for summary judgment and a motion for reconsideration.

Date: 1/9/2020                                Thomas G. Bruton, Clerk of Court

                                              Yvette Montanez , Deputy Clerk